

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00462-CR

GERALD DEMARSH                                                              APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

## FROM COUNTY CRIMINAL COURT NO. 1 OF DENTON COUNTY
## TRIAL COURT NO. CR-2015-03589-A

----------

## MEMORANDUM OPINION[1]

----------

Appellant Gerald DeMarsh seeks to appeal from a jury verdict in which he was found not guilty. For the reasons stated below, we dismiss the appeal.

On December 17, 2015, Appellant filed a notice of appeal with this court.[2] On December 28, 2015, we sent Appellant a letter explaining that we had

---

[1]*See* Tex. R. App. P. 47.4.

received the judgment entered in this case on November 17, 2015, indicating that he had been acquitted of all charges by a jury, which would deprive this court of any jurisdiction over an appeal by the Appellant. Thus, we told appellant that if he did not file a response showing grounds for continuing the appeal, it could be dismissed. *See* Tex. R. App. P. 43.2(f); 44.3.

Appellant filed a response on January 5, 2016, but it does not provide any grounds for continuing the appeal. Because Appellant was acquitted, we lack any subject matter jurisdiction over this appeal. *See, e.g.*, *Hilburn v. State*, 946 S.W.2d 885, 886 (Tex. App.—Fort Worth 1997, no pet.) ("a record must contain a 'judgment of conviction' before there can be an appeal by a defendant") (citing *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961)); *Darnell v. State*, 24 Tex. Ct. App. 6, 8, 5 S.W. 522, 523 (1887) ("It has been repeatedly and uniformly held in this state that an appeal can only be prosecuted from a final judgment of conviction rendered and entered against the defendant."). We therefore dismiss this appeal. *See* Tex. R. App. P. 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

---

[2]Appellant earlier filed a notice of appeal from trial court case number CR-2015-03735-A. That appeal was docketed as court of appeals cause no. 02-15-00438-CR and remains pending in this court.

2

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 18, 2016